## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Kari Donald, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| BioLife Plasma, L.L.C., | ) | |
| | ) | Case No. 1:10-cv-021 |
| Defendant. | ) | |

Before the court are Defendant's motions for attorneys Timothy M. Threadgill and Alison Tasma Vance to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Timothy M. Threadgill and Alison Tasma Vance have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, Defendant's motions (Docket Nos. 6 and 7) are **GRANTED**. Attorneys Timothy M. Threadgill and Alison Tasma Vance are admitted to practice before this court in the above-entitled action on behalf of Defendant.

**IT IS SO ORDERED.**

Dated this 14th day of April, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge